UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __10-49088-RAM__

☑ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Mercedes Alvarez  
Last Four Digits of SS# xxx-xx-3805

CO-DEBTOR: _____  
Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $__187.74__ for months __1__ to __60__ ;
B. $_____ for months _____ to _____ ;
C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:  Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                 TOTAL PAID      $ 3,000.00
                 Balance Due     $ 1,250.00  payable $ 104.17 month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__  
Address _____

Arrearage on Petition Date $ _____  
Arrears Payment $_____ /month (Months____ to ____)  
Arrears Payment $_____ /month (Months____ to ____)  
Regular Payment $_____ /month (Months____ to ____)

2. _____

Arrears Payment $_____  
Arrears Payment $_____ /month (Months____ to ____)  
Regular Payment $_____ /month (Months____ to ____)  
Arrears Payment $_____ /month (Months____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Regions Bank Loan#xxxxxx6284 Prop Address: 9890 SW 3rd St Miami, FL 33174 | Homestead Property $247,943.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__  
Total Due $ _____  
Payable $_____ /month (Months____ to ____)

Unsecured Creditors: Pay $ 64.80 month (Months __1__ to __12__). Pay $168.97/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtor is paying CitiMortgage (Loan#xxxxxx4831) and Chase Auto Finance (Loan#1080xxxx) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _[signature]_  
Date: 04-12-11

Joint Debtor _____  
Date: _____